| AO-10<br>Rev. 1/96 | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 1996X6

Report Required by the Ethics
Reform Act of 1978, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C. App. 6, 101-111)

| 1. Person Reporting (Last name, first, middle initial)<br>LIPEZ, KERMIT V. | 2. Court or Organization<br>United States Court of Appeals<br>for the First Circuit | 3. Date of Report<br>10 /21 /97 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>United States Court of Appeals<br>Nominee | 5. Report Type (check appropriate type)<br>X Nomination, Date 10/20/97<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>11 /96- present |
| 7. Chambers or Office Address<br>Cumberland County Courthouse<br>205 Newbury St.<br>Portland, ME  04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed.  Complete all parts, checking the NONE box for each section where you have no reportable information.  Sign on last page.

## I.  POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐  NONE  (No reportable positions) | |
| Director | Cleaves Law Library |
| Director | Cedars Nursing Care Center, Inc. |
| Trustee | Educational Trust Account, Julia Lipez |
| Trustee | Educational Trust Account, Erica Lipez |

## II.  AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒  NONE  (No reportable agreements) | |
| | |
| | |
| | |

## III.  NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐  NONE  (No reportable non-investment income) | | |
| 1997 | Judicial Salary-State of Maine | $ 90,908 |
| 1996 | Judicial Salary-State of Maine | $ 88,012 |
| 1995 | Judicial Salary-State of Maine | $ 85,865 |
| 1996 | Town of Cape Elizabeth | $ 3,000(S) |
| 1996 | Harvard University (Honorarium for two lectures presented at continuing education programs sponsored by Harvard Medical School.  Such honoraria are permitted by the Maine Code of Judicial Conduct.) | $ 500 |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>KERMIT V. LIPEZ | Date of Report<br>10/21/97 |
|---|---|---|

**IV. REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE    (No such reportable reimbursements or gifts) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

**V. OTHER GIFTS.**    (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE    (No such reportable gifts) | | |
| 1 | EXEMPT | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

**VI. LIABILITIES.**    (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE    (No reportable liabilities) | | |
| 1 | x | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES:   J : $15,000 or less    K : $15,001 - $50,000    L : $50,001 - $100,000    M : $100,001 to $250,000

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| KERMIT V. LIPEZ | 10/ 21/ 97 |

## Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type div., rent or int. | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | EXEMPT | | | |
| 1 Key Bank money market (J) | B | int. | K | T | | | | | |
| 2 Key Bank Saver (J) | A | int. | J | T | | | | | |
| 3 Key Bank checking (J) | A | int. | J | T | | | | | |
| 4 Key Bank Saver (S) | A | int. | J | T | | | | | |
| 5 Key Bank money market (DC) | A | int. | J | T. | | | | | |
| 6 Bank Saver (DC) | A | int. | J | T | | | | | |
| 7 Key Bank Saver (DC) | A | int. | J | T | | | | | |
| 8 U.S. Government Bonds (DC) | A | int. | K | T | | | | | |
| 9 Coca Cola Co. (DC) | A | div. | J | T | | | | | |
| 10 General Electric Co (DC) | A | div. | J | T | | | | | |
| 11 Microsoft Corp. (DC) | A | div. | J | T | | | | | |
| 12 Alliance Capital Reserve (DC) | B | int. | J | T | | | | | |
| 13 AIM Aggressive Growth Fund CL A (DC) | A | div. | J | T | | | | | |
| 14 AIM Value Fund – CL A (DC) | A | div. | K | J | | | | | |
| 15 Alliance Technology Fund Inc. CL A (DC) | A | div. | J | T | | | | | |
| 16 Oppenheimer Main Street Income & Growth Fund CL A (DC) | A | div. | J | T | | | | | |
| 17 AIM Aggressive Growth Fund | A | div. | J | T | | | | | |
| 18 John Hancock Regional Bank Fund | A | div. | J | T | | | | | |

1. Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000

2. Value Codes: (See Col. C1 & D3) J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000

3. Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
U=Book Value  V=Other  W=Estimated

Continued

| CONTINUED FINANCIAL DISCLOSURE REPORT | Name of Person Reporting KERMIT V. LIPEZ | Date of Report 10/21/ 97 |
|---|---|---|

V... Page 1 INVESTMENTS and TRUSTS -- income, value, transactions    (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(I)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type div., rent or int. | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type buy, sell, merger, redemption | (2) Date: Month, Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| | | | | | | If not exempt from disclosure | | | | | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 19. Danielson Holding Corp. | A | div. | J | T | | | | | | |
| 20. AIM Constellation Fund (S) | A | div. | J | T | | | | | | |
| 21. Oppenheimer Main St Income & Growth Fund, | A | div. | J | T | | | | | | |
| 22. Lipez Broadcasting Corp. | none | | J | W | | | | | | |
| 23. Cove Company | none | | none | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| .. | | | | | | | | | | |

Income/Gain Codes: A-$1,000 or less   B-$1,001 to $2,500   C-$2,501 to $5,000   D-$5,001 to $15,000
(See Col. B1 & D4)   E-$15,001 to $50,000   F-$50,001 to $100,000   G-$100,001 to $1,000,000   H-More than $1,000,000

2. Value Codes:   J-$15,000 or less   K-$15,001 to $50,000   L-$50,001 to $100,000   M-$100,001 to $250,000
(See Col. C1 & D3)   N-$250,001 to $500,000   O-$500,001 to $1,000,000   P-More than $1,000,000

3. Value Method Codes:   Q-Appraisal   R-Cost (real estate only)   S-Assessment   T-Cash/Market
(See Col. C2)   U-Book Value   V-Other   W-Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>KERMIT V. LIPEZ | Date of Report<br>10/21/97 |
|---|---|---|

**VII    ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

Supplement to Part VII:

The Cove Company is a neighborhood organization.  The only value of the stock relates to voting rights in the organization.

\*   I have deleted the last sentence of the certification because my honoraria from Harvard Medical School (see III) would not comply with the referenced federal provisions.  Such honoraria are permissible pursuant to the Maine Code of Judicial Conduct.

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

~~I further certify that my net income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 7 § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.~~

\*See above note

Signature _____ *Kermit V. Lipez* _____    Date   October 21, 1997

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC  20544

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 54 | 252 | | Notes payable to banks—secured | 0 | | |
| U.S. Government securities—add schedule | 28 | 862 | | Notes payable to banks—unsecured | 0 | | |
| Listed securities—add schedule | 131 | 587 | | Notes payable to relatives | 0 | | |
| Unlisted securities—add schedule | 5 | 000 | | Notes payable to others | 0 | | |
| Accounts and notes receivable | 0 | 000 | | Accounts and bills due | 2 | 000 | |
| Due from relatives and friends | | | | Unpaid income tax | 0 | | |
| Due from others | | . | | Other unpaid tax and interest | 0 | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 135 | 978 | |
| Real estate owned—add schedule | 275 | 000 | | Chattel mortgages and other liens payable | 0 | | |
| Real estate mortgages receivable | 0 | 000 | | Other debts—itemize: | | | |
| Autos and other personal property | 50 | 000 | | | | | |
| Cash value—life insurance | 11 | 500 | | | | | |
| Other assets—itemize: | | | | | | | |
| | | | | | . | | |
| | | | | Total liabilities | 137 | 978 | |
| | | | | Net Worth | 418 | 223 | |
| Total Assets | 556 | 201 | | Total liabilities and net worth | 556 | 201 | |
| CONTINGENT LIABILITIES | 0 | 000 | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | . | | | Are any assets pledged? (Add schedule.) | no | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | no | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | no | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

Digitized by Google